UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KENNETH BURKS,

               Plaintiff,

        v.                              Case No. 19-C-1675

WARDEN PAUL KEMPER,

               Defendant.

---

## ORDER

---

Petitioner has filed a motion to proceed *in forma pauperis* on his petition for writ of habeas corpus. The filing fee for a writ of habeas corpus is $5.00. It appears from the records submitted with petitioner's motion that he has sufficient funds in his regular account to pay the $5.00 filing fee. Accordingly, the motion to proceed *in forma pauperis* is denied and petitioner is directed to pay the filing fee of $5.00 by February 6, 2020. Failure to do so will result in dismissal of his petition.

Dated at Green Bay, Wisconsin this 13th day of January, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court